UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Petitioner,

                                                MISC. NO. 09-mc-50529

    -vs-

                                                HON. ROBERT H. CLELAND

PATRICK H. COLEMAN,

        Respondent.
_____/


## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS


       Petitioner having advised the Court that it wishes to dismiss without prejudice the

Petition to Enforce IRS Summons filed against Patrick H. Coleman;

       IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons brought

against respondent, Patrick H. Coleman, by the petitioner is hereby dismissed without

prejudice and without costs.




                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE




Dated:  October 29, 2010




I hereby certify that a copy of the foregoing document was mailed to counsel of record on

this date, October 29, 2010, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522